# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION
at Cincinnati, Ohio



IN RE: Cases Assigned to Senior Judge
Sandra S. Beckwith

General Order No. CIN 17-01

# ORDER

The Clerk of Court is hereby directed to randomly reassign any case assigned to the undersigned without further Order of this Court.

**SO ORDERED.**

Date: January 3, 2017

s/Sandra S. Beckwith
Sandra S. Beckwith, Senior Judge
United States District Court